IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES BURLESON,
    Plaintiff,

v.

RAY SCHULTZ, Chief of Police; and
BRANDON CARR; BRET LAMPHIRIS;    Case No.: 2:12-cv-0386-WPL-CG
LUKE LANQUIT; and DANIEL LOPEZ,
    Defendants.

## UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES

COMES NOW the Plaintiff, by and through the undersigned counsel, and hereby moves this Court to extend the discovery deadline by sixty (60) days to allow Counsel for Plaintiffs and Defendants additional time to complete discovery and states:

1. Counsel moves to extend the deadline for discovery from December 31, 2012 through March 1, 2013

2. Counsel also moves to extend the deadline for discovery motions from January 7, 2013 through March 8, 2013.

3. Counsel also moves to extend the deadline for Pre-Trial motions from February 11, 2013 through April 12, 2013.

4. No other deadlines or the trial setting are affected by this motion.

5. Michael Jahner, Attorney for Brandon Carr, approves this Motion.

6.      Kristen Dalton, Counsel for Defendants, approves this Motion.

WHEREFORE Plaintiffs prays for an order of this Court extending the deadlines relating to the close of discovery, discovery motions and pre-trial motions.

Respectfully submitted this 19th day of December 2012.

_____/s/_____
Stephen Karl Kortemeier
Deschamps & Kortemeier Law Offices, P.C.
POB 389, Socorro, NM 87801-0389
575-835-2222 / fax: 575-838-2922
Attorney for Plaintiff

CERTIFICATE OF SERVICE

The undersigned hereby certifies a true and complete copy of the foregoing was e-mailed to Michael Jahner and Kristen Dalton on the date indicated above and filed electronically thereby notifying all counsel of record via the Court's CM/ECF notice system.

_____/s/_____
Shiloh M. Pallante